UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-10228-GAO

COASTWISE PACKET COMPANY,
Plaintiff,

v.

BOOTHBAY HARBOR SHIPYARD, LLC,
Defendant.

ORDER
October 6, 2011

O'TOOLE, D.J.

The rulings are made with respect to proffered deposition testimony:

### *Stimson's Deposition*

The following objections are overruled:

    Page 51, Line 15 – 25
    Page 79, Line 25 – Page 80, Line 20
    Page 81, Line 1 – 12
    Page 81, Line 21 – Page 82, Line 16
    Page 83, Line 17 – Page 88, Line 13
    Page 123, Line 17 – Page, 124, Line 1
    Page 125, Line 5 – Page 128, Line 5

The following objections are sustained:

    Page 52, Line 7 – Page 54, Line 9
    Page 91, Line 12 – 23
    Page 124, Line 14 – 19
    Page 129, Line 12 – Page 130, Line 7

The following testimony has been withdrawn in light of objection:

    Page 82, Line 17 – Page 83, Line 16
    Page 89, Line 7 – Page 90, Line 17
    Page 118, Line 2 - 15

### *Jackimovicz's Deposition*

The following objections are overruled:

    Page 9, Line 8 – Page 10, Line 6
    Page 11, Line 3 -12
    Page 14, Line 25 – Page 15, Line 20
    Page 16, Line 19 – Page 17, Line 9
    Page 17, Line 10 – Page 18, Line 25

The following objections are sustained:

    Page 10, Line 7 – 11
    Page 26, Line 12 – Page 27, Line 21
    Page 32, Line 14 – Page 33, Line 7
    Page 33, Line 15 – 21
    Page 34, Line 20 – Page 35, Line 12
    Page 37, Line 23 – Page 38, Line 25

The following testimony has been withdrawn in light of objection:

    Page 35, Line 16 – Page 36, Line 8

### *Heselton's Deposition*

The following objections are overruled:

    Page 21, Line 23 – Page 22, Line 24
    Page 53, Line 10 – Pages 54, Line 5
    Page 60, Line 7 – Page 62, Line 7
    Page 71, Line 5 – 13
    Page 73, Line 11 – Page 74, Line 13
    Page 74, Line 17 – Page 75, Line 10;
    Page 76, Line 3 – Page 77, Line 6 (the words on that line after "yes" are excluded from evidence);
    Page 84, Line 7 – Page 85, Line 25

The following objections are sustained:

    Page 19, Line 12 – Page 20, Line 16
    Page 47, Line 5 – 17
    Page 79, Line 13 – Page 81, Line 9

The following testimony has been withdrawn in light of objection:

    Page 15, Line 7 – 12
    Page 18, Line 4 – Page 19, Line 11
    Page 31, Line 20 – 23
    Page 48, Line 4 – 9
    Page 74, Line 14 – 16
    Page 77, Line 6 – 25
    Page 84, Line 2 - 6

### *Thompson's Deposition*

The following objections are overruled:

    Page 27, Line 16 – Page 28, Line 3
    Page 86, Line 14 – Page 87, Line 25
    Page 89, Line 14 – Page 90, Line 21
    Page 90, Line 22 – Page 91, Line 11

The following objections are sustained:

    Page 49, Line 22 - 25
    Page 78, Line 9 - 18
    Page 81, Line 21 – Page 82, Line 19

The following testimony has been withdrawn in light of objection:

    Page 67, Line 9 – Page 68, Line 6

### *McClinch's Deposition*

The following objections are overruled:

    Page 19, Line 5 - 8
    Page 28, Line 3 - Page 29, Line 3
    Page 51, Line 8 - 20
    Page 52, Line 3 - 14
    Page 74, Lines 6 - 25
    Page 77, Line 3 - 18
    Page 81, Line 21 – Page 82, Line 7;
    Page 87, Line 16 – Page 88, Line 22

The following objections are sustained:

    Page 54, Line 25 – Page 55, Line 5;
    Page 58, Line 23 – Page 60, Line 19
    Page 68, Line 18 – Page 69, Line 10

The following testimony has been withdrawn in light of objection:

    Page 70, Line 24 - Page 71, Line 12



It is SO ORDERED.

                                            /s/ George A. O'Toole, Jr.
                                            United States District Judge