UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-10228-GAO

COASTWISE PACKET COMPANY,
Plaintiff,

v.

BOOTHBAY HARBOR SHIPYARD LLC,
Defendant.

ORDER
September 11, 2012

O'TOOLE, D.J.

The defendant and plaintiff have filed cross-motions to alter or amend this Court's Findings of Fact, Conclusions of Law, and Order for Judgment. After careful review of the parties' motions, I make the following clarification and amendment.

The plaintiff objects to the term payment of "a lump sum." (See Findings of Fact, Conclusions of Law, and Order for Judgment 4 (dkt. no. 69).) To be clear, the Court uses that term as the plaintiff does in its Proposed Findings of Fact and Conclusions of Law, that is, taking account of both money to be paid and credit to be applied. (See Pl.'s Proposed Findings of Fact and Conclusions of Law 22 (dkt. no. 66).)

The statement regarding "costs" at part M. of the Court's Findings was inartful. The reference was in connection with the question of attorneys' fees and the general litigation costs incurred. The plaintiff as prevailing party is allowed to recover costs in accordance with Rule

54(d)(i) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1920. The plaintiff shall file a bill of costs within fourteen days of the date of this Order.

In all other respects, the respective motions to alter or amend are DENIED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Court